

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JUAN LUIS MORA, INDIVIDUALLY and AS DEPENDENT ADMINISTRATOR OF THE ESTATE OF ARTURO MORA REYES, DECEASED, PERLA RODRIGUEZ, AS NEXT FRIEND OF P.A.M., A.W.M., and P.V.M., ALL MINOR CHILDREN, MARITZA HERNANDEZ, AS NEXT FRIEND OF AR.M. and AL.M., ALL MINOR CHILDREN and MARIA C. MORA, | § § § § § § § § § | No. 08-25-00101-CV<br><br>Appeal from the<br><br>County Court at Law No 3<br><br>of El Paso County, Texas<br><br>(TC# 2018DCV-2538) |
| Appellants, | § |  |
| v. | § |  |
| ENRIQUE PAREDES and ESSEN GLOBAL LOGISTICS CORPORATION, | § |  |
| Appellees. | § |  |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellants to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 25th day of April 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.